UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (CENTRAL ISLIP)
--------------------------------------------------------X
In re:

LORELEI DECENA,                                    Chapter 7
                                                   Case No. 8-15-bk-72903-reg

                      Debtor.
--------------------------------------------------------X
LORELEI DECENA,                                    Adv Case No. 8-15-08275-reg

                      Plaintiff,

        v.

CITIZENS BANK,
                          Defendant.
--------------------------------------------------------X

**SO ORDERED STIPULATION**
**EXTENDING DATE TO HOLD DEPOSITIONS FROM MAY 19, 2017 TO JUNE 9, 2017**

THIS CAUSE having come before the Court on the request of Defendant, Citizens Bank, N.A.

("Defendant" or "Citizens") and Plaintiff, Lorelei Decena ("Plaintiff"), by and through their respective

Attorneys, and hereby agree to the following:

**IT IS SO STIPULATED.**

1.      Pursuant to the Initial Pre-Trial Order entered with the Court on March 21, 2017, depositions

        shall be conducted on or before May 19, 2017.

2.      Counsel for Defendant contacted Counsel for Plaintiff's office on May 3, 2017 attempting to

        schedule or discuss possible dates for the deposition of Plaintiff Lorelei Decena. On May 5, 2017,

        Plaintiff's counsel's office indicated that a Notice of Deposition was previously sent to

        Defendant's counsel's office by regular U.S. Mail.  Defendant's counsel attests that he did not

        receive the Notice of Deposition.

3.      It was the intention of both Plaintiff and Defendant to conduct depositions of Plaintiff and

        Defendant on the same date.

4.      Once Defendant's counsel was aware of Plaintiff request for a witness to be deposed from Defendant, Defendant's counsel immediately attempted to obtain a witness to appear at Plaintiff's counsel's office on or prior to May 19, 2017.

5.      Defendant was unable to obtain a witness prior to May 19, 2017 due to the delayed notice of the deposition.

6.      Defendant is able to produce a witness during the week of June 5, 2017 at Plaintiff's counsel's office.

7.      Defendant and Plaintiff hereby request an extension of the May 19, 2017 date to hold depositions and requests the extension until June 9, 2017 to allow Plaintiff and Defendant to conduct depositions.

8.      Correspondingly, Defendant and Plaintiff request that the date by which Discovery shall be completed be extended until July 19, 2017.

9.   Defendant and Plaintiff agree that no other provision in this honorable Court's pretrial order of

March 21, 2017 should be altered.


WELTMAN, WEINBERG & REIS, CO., L.P.A.          THE LAW OFFICE OF DARREN ARONOW, PC

/s/ Geoffrey J. Peters                         /s/ Darren Aronow
Geoffrey J. Peters, Esq.                       Darren Aronow, Esq.
Counsel for Defendant,                         Counsel for Plaintiff,
Citizens Bank, N.A.                            Lorelei Decena
3705 Marlane Drive                             20 Crossways Park Dr. North, Suite 210
Grove City, OH 43123                           Woodbury, NY 11797
Tel: (614) 883-0678                            Tel: (516) 663-0970
Fax: (614) 363-4086                            Fax: (516) 303-0066
gpeters@weltman.com                            darren@dalawpc.com
WWR #21339628


Dated: Grove City, OH                          Dated: Woodbury, NY
       May 17, 2017                                   May 19, 2017


**IT IS SO ORDERED.**


**Dated: Central Islip, New York**                              **Robert E. Grossman**
**May 22, 2017**                                       **United States Bankruptcy Judge**