UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (CENTRAL ISLIP)
-------------------------------------------------------X
In re:

LORELEI DECENA,                                                    Chapter 7
                                                                   Case No. 8-15-bk-72903-reg
                Debtor.
-------------------------------------------------------X
LORELEI DECENA,                                                    Adv Case No. 8-15-08275-reg

                Plaintiff,
    v.

CITIZENS BANK,
                Defendant.
-------------------------------------------------------X

## SO ORDERED STIPULATION
## DISMISSING ADVERSARY PROCEEDING AS TO CITIZENS BANK, N.A.

THIS CAUSE having come before the Court on the request of Defendant, Citizens Bank, N.A. ("Defendant" or "Citizens") and Plaintiff, Lorelei Decena ("Plaintiff"), by and through their respective Attorneys, and hereby agree to the following:

**IT IS SO STIPULATED.**

1. Plaintiff and Defendant entered into a confidential Settlement Agreement resolving the adversary matter.

2. The Adversary Proceeding as to Citizens Bank, N.A. is hereby dismissed.

3. The Pre-Trial Conference currently set for October 30, 2017 at 9:30 a.m. is hereby vacated; and

4. The Adversary Proceeding shall be closed upon entry of this order.

| | |
|---|---|
| WELTMAN, WEINBERG & REIS, CO., L.P.A. | THE LAW OFFICE OF DARREN ARONOW, PC |
| /s/ Geoffrey J. Peters | /s/Darren Aronow |
| Geoffrey J. Peters, Esq. | Darren Aronow, Esq. |
| Counsel for Defendant, | Counsel for Plaintiff, |
| Citizens Bank, N.A. | Lorelei Decena |
| 3705 Marlane Drive | 20 Crossways Park Dr. North, Suite 210 |
| Grove City, OH 43123 | Woodbury, NY 11797 |
| Tel: (614) 883-0678 | Tel: (516) 663-0970 |
| Fax: (614) 363-4086 | Fax: (516) 303-0066 |
| gpeters@weltman.com | darren@dalawpc.com |
| WWR #21184919 | |

Dated: Grove City, OH
     October 18, 2017

Dated: Woodbury, NY
     October 18, 2017

**IT IS SO ORDERED.**

**Dated: Central Islip, New York**
**October 20, 2017**

_____
**Robert E. Grossman**
**United States Bankruptcy Judge**